UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOVITA ELSIE COLWASH,<br><br>              Defendant. | No. 2:13-CR-2088-RHW-2<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒   Motion Denied<br>     **(ECF No. 142)**<br><br>☐   Action Required |

Date of bail review hearing: 05/09/2014

☒     There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

The Court found the proposed residence to be unsuitable. Defendant reportedly smoked ICE when she was 2 months pregnant while living at this residence. Defendant is known to use methamphetamine and alcohol. Defendant has a history with weapons and several were seized from this residence and from Defendant's vehicle. The residence belongs to Defendant's mother who has lied to law enforcement on numerous occasions when questioned about Defendant.

Defendant may reopen detention if she is able to prove the jail is not adequately caring for her needs and if a suitable residence is located and approved by U.S. Probation.

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1

**IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 142) is **DENIED**. Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

DATED May 12, 2014.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE
