PROB 12C
(6/16)

Report Date: June 25, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jovita Elsie Colwash | Case Number: 0980 2:13CR02088-RHW-2 |
| Address of Offender: | Wapato, Washington 98951 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 16, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury and Aide and Abetting, 18 U.S.C. §§ 113(a)(6), 1153, and 2 | | |
| Original Sentence: | Prison - 84 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | April 14, 2020 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: | April 13, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.<br><br>**Supporting Evidence**: Ms. Colwash is considered to be in violation of her conditions of supervised release by possessing a firearm and ammunition on or about June 21, 2020.<br><br>Ms. Colwash's conditions were reviewed with her on April 15, 2020. Due to COVID-19, the offender verbally acknowledged an understanding of her conditions, which includes mandatory condition number 4, as noted above.<br><br>According to the Yakama Nation Police Department (YNPD) narrative for incident report number 20-004309, the following occurred on June 21, 2020: Officer Chumley received a request from the Yakima County Sheriff's Office (YSO) in reference to a weapon offense. Upon arriving, the reporting party advised a male had exited a 2006 Dodger Charger and ran into an empty field. As the victim ran through the field, a female, later identified as Ms. Colwash, alleged to have entered the field with a firearm and discharged the firearm into the air. As the victim continued to run through the field, Ms. Colwash allegedly pointed the weapon at the victim and discharged several rounds in the victim's direction. The victim ceased his efforts to escape, and walked back toward Ms. Colwash. The reporting party |

Prob12C
Re: Colwash, Jovita Elsie
June 25, 2020
Page 2

advised Ms. Colwash pointed the firearm at the victim's head while escorting him back into the vehicle. Contact was made with an additional witness, who confirmed the reporting party's account of the events. It should be noted, during follow-up investigation, officers recovered, and secured into evidence, two Winchester .40 caliber Smith and Wesson brass casings from the area Ms. Colwash was alleged to have discharged a firearm.

Officers located Ms. Colwash's Dodge Charger at her home in Wapato, Washington. As officers arrived at the residence, they witnessed a male and female flee to the rear of the home, out of the line of sight of officers. Washington State Patrol and additional YSO deputies arrived to further assist. Officers used a vehicle for cover while establishing a perimeter around the residence. An older female was observed standing at the front of the home, who was later identified as the mother of the offender. YSO Sergeant Rojas walked up to the mother of the offender and began questioning her about Ms. Colwash and if she had entered the home. The mother of the offender pulled away from the deputy and entered the home, closing the door. Using a loud speaker, officers attempted, without success, to persuade Ms. Colwash to exit the home. The victim was able to exit the home and was transported away from the area.

Officers attempted but were unable to make contact with a Tribal Judge in order to secure a warrant to search the home. Officers, no longer concerned for the safety and well being of the victim, cleared from the scene. As of the writing of this report, the incident is being investigated for further criminal charges.

2    **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Ms. Colwash is considered to be in violation of her conditions of supervised release by allegedly committing law violations of assault with a deadly weapon and abduction with a domestic violence enhancement on June 21, 2020.

Ms. Colwash's conditions were reviewed with her on April 15, 2020. Due to COVID-19, the offender verbally acknowledged an understanding of her conditions, which includes mandatory condition number 1, as noted above.

As referenced in the behavior noted in violation number 1, on June 21, 2020, Ms. Colwash is alleged to have committed new law violations of assault with a deadly weapon and abduction with a domestic violence enhancement. Ms. Colwash allegedly discharged a firearm at the victim. It is alleged on that date, the offender also forced the victim into her vehicle by placing the firearm at the victim's head, until he entered Ms. Colwash's vehicle. The victim was later identified as Ms. Colwash's significant other.

According to the police narrative report, the above-noted charges have been forward to the Yakama Nation Criminal Investigators Division and the Yakama Nation Prosecutor's Office requesting a warrant.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

Prob12C
**Re: Colwash, Jovita Elsie**
**June 25, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 25, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

6/26/2020

Date