PROB 12C
(6/16)

Report Date: October 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jovita Elsie Colwash                Case Number: 0980 2:13CR02088-RHW-2

Address of Offender:                Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: September 16, 2014

Original Offense:        Assault Resulting in Serious Bodily Injury and Aide and Abetting, 18 U.S.C. §§ 113(a)(6), 1153, and 2

Original Sentence:       Prison - 84 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Michael Davis Murphy           Date Supervision Commenced: April 14, 2020

Defense Attorney:        Federal Defenders              Date Supervision Expires: April 13, 2023

---

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Ms. Colwash is alleged to have violated her conditions of supervised release by committing the crime of Felon in Possession of Ammunition, a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), on June 21, 2020, as noted in the indictment on docket number 1:20-CR-02035-SAB-1.

Per COVID-19 procedures, Ms. Colwash's conditions of supervised release were verbally reviewed with her on April 15, 2020. The offender verbally acknowledged an understanding of her conditions, which includes mandatory condition number 2, as noted above.

According to the indictment filed on September 16, 2020, docket number 1:20-CR-02035-SAB-1, the following occurred: on June 21, 2020, Ms. Colwash, aware of her status as a person previously convicted of a crime punishable by a term of imprisonment exceeding 1 year, did knowingly possess in and affecting interstate commerce ammunition, that is a Smith and Wesson brand .40 caliber ammunition. The offense conduct stems from the behavior reported to the court, in the petition dated June 25, 2020.

A warrant has been issued for Ms. Colwash to address the above noted law violation.

Prob12C
**Re: Colwash, Jovita Elsie**
**October 2, 2020**
**Page 2**

2      **Mandatory Condition #5:** The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

      **Supporting Evidence**: Ms. Colwash is alleged to have violated her conditions of supervised release by possessing ammunition on June 21, 2020.

      Per COVID-19 procedures, Ms. Colwash's conditions of supervised release were verbally reviewed with her on April 15, 2020. The offender verbally acknowledged an understanding of her conditions, which includes mandatory condition number 5, as noted above.

      On June 21, 2020, Ms. Colwash possessed Smith and Wesson brand .40 caliber ammunition, as noted in the indictment on docket number 1:20-CR-02035-SAB-1.

3      **Special Condition #14**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the Court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

      **Supporting Evidence**: Ms. Colwash is alleged to have violated her conditions of supervised release by failing to attend mental health treatment on August 14, 21, and 28, 2020.

      Per COVID-19 procedures, Ms. Colwash's conditions of supervised release were verbally reviewed with her on April 15, 2020. The offender verbally acknowledged an understanding of her conditions, which includes special condition number 14, as noted above.

      On April 15, 2020, the undersigned officer instructed the offender to complete a mental health evaluation with Comprehensive Healthcare, which she did. As a result of COVID-19, Ms. Colwash was scheduled to begin mental health counseling in August of 2020.

      On September 29, 2020, the undersigned officer contacted the offender's mental health counselor for follow up. The provider reported contact with the offender on August 3, 2020, with the offender failing to attend appointments on August 14, 21, and 28, 2020. As of this date, Ms. Colwash has failed to re-engage in mental health counseling.

4      **Special Condition #18**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

      **Supporting Evidence**: Ms. Colwash is alleged to have violated her conditions of supervised release by being discharged from drug and alcohol treatment due to noncompliance, on September 30, 2020.

      Per COVID-19 procedures, Ms. Colwash's conditions of supervised release were verbally reviewed with her on April 15, 2020. The offender verbally acknowledged an understanding of her conditions, which includes special condition number 18, as noted above.

Prob12C
**Re: Colwash, Jovita Elsie**
**October 2, 2020**
**Page 3**

On April 15, 2020, the undersigned officer instructed Ms. Colwash to complete a drug and alcohol evaluation and enroll in any recommended  treatment.

On April 21, 2020, Merit Resource services (Merit) recommended the offender complete intensive outpatient (IOP) drug and alcohol treatment, with outpatient (OP) treatment to follow. Ms. Colwash completed the IOP portion of the program on August 20, 2020, commencing OP the following week.

On September 30, 2020, the undersigned officer contacted Ms. Colwash's OP drug and alcohol treatment provider. The provider reported Ms. Colwash was discharged as noncompliant on this date, following Ms. Colwash's decision to stop attending treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 2, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[ x ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

10/2/2020

Date